OSTERMAN v. GOLDSTEIN et al.

(City Court of New York, General Term. January 18. 1899.)

EVIDENCE.
      To permit plaintiff, over objection, to read from an affidavit of defendant not offered in evidence, is error.

Appeal from trial term.

Action by Ascher Osterman against Gussie Goldstein and others. There was a judgment for plaintiff, and defendants appeal. Reversed.

Argued before McCARTHY and O'DWYER, JJ.

Max D. Steuer, for appellants.

Leonard Bronner, for respondent.

O'DWYER, J. It was error for the learned trial justice, over the objection and exception of the defendants, to permit the plaintiff to read from an affidavit of one of the defendants not offered in evidence.

The judgment and order appealed from must be reversed, and a new trial ordered, with costs to the appellants to abide event. All concur.